IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-EWN-MEH

EDWIN MARK ACKERMAN,

Plaintiffs,

v.

JIM KEITH, BCCF Warden;
KELLY CLODFELTER, Chief of Security BCCF;
J. CUNNINGHAM, Case Manager BCCF; and
SGT. SALIZAR, BCCF Housing Sgt.;

Defendants.

## ORDER DENYING PRELIMINARY INJUNCTION

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is the Plaintiff's request for a preliminary injunction (Docket #8). Pertinent in this regard is the fact that service of process has been waived in this case by the Defendants (Docket #27), but they have not appeared in this matter, and the deadline for them to do so has not yet passed. Counsel on their behalf has also not appeared of record. Additionally pertinent is that while the Plaintiff has served copies of his currently pending request upon the Colorado Attorney General's office, that office has not yet indicated it is accepting representation of the Defendants nor has it appeared as counsel of record on their behalf. Plaintiff has provided no proof that he has served these documents upon the Defendants individually.

The Federal Rules of Civil Procedure provide that "[n]o preliminary injunction shall be issued without notice to the adverse party." FED.R.CIV.P. 65(a)(1). Accordingly, based on the current record herein, Plaintiff's motion for Preliminary Injunction [Filed December 11, 2006; Docket #8]

is **denied**, without prejudice, as premature.  Case management issues such as the scope and timing of the filing of pretrial motions will be addressed at the Preliminary Scheduling/Status Conference to be held on April 26, 2007, at 9:45 a.m., as set by the court's Order of January 23, 2007.

Dated at Denver, Colorado, this 9th day of March, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge