IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-EWN-MEH

EDWIN MARK ACKERMAN,

      Plaintiff,

v.

JIM KEITH, BCCF Warden;
KELLY CLODFELTER, Chief of Security BCCF;
J. CUNNINGHAM, Case Manager BCCF; and
SGT. SALIZAR, BCCF Housing Sgt.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 5, 2007.**

      Defendants' Motion for Clarification Regarding Plaintiff's "Reply Brief" [Filed April 4, 2007; Docket #37] is **granted.**

      Plaintiff's "Reply Brief" (Docket #36) is ORDERED stricken from the record, and requires no further action by the Defendants. If the Plaintiff is seeking to again amend his Complaint in this matter, or is seeking to file a motion for any type of relief, then he must do so in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.