IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-EWN-MEH

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

JIM KEITH, BCCF Warden;
KELLY CLODFELTER, Chief of Security BCCF;
J. CUNNINGHAM, Case Manager BCCF; and
SGT. SALIZAR, BCCF Housing Sgt.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 17, 2007.**

    Plaintiff's Motion for Relief Pursuant to Fed Rule 12 [Filed April 13, 2007; Docket #41] is **denied**, without prejudice**.** Plaintiff's motion fails to indicate which of the several provisions under Fed.R.Civ.P. 12 his motion is brought, so that the Court can determine the correct standard of review to be applied to the motion. Rule 7(b)(1) Fed.R.Civ.P. requires that all requests or motions must state "with particularity" the grounds for relief being sought and the relief being requested. Rule 7 is designed to give the court notice of the grounds and prayer of a motion, and to provide the court with enough information to process the motion correctly. *See Registration Control Systems, Inc. v. Compusystems, Inc.,* 922 F.2d 805, 808 (Fed. Cir. 1990).