IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-EWN-MEH

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

JIM KEITH, BCCF Warden;
KELLY CLODFELTER, Chief of Security BCCF;
J. CUNNINGHAM, Case Manager BCCF; and
SGT. SALIZAR, BCCF Housing Sgt.,

    Defendants.

ORDER SETTING SCHEDULES

**ORDER ENTERED BY U.S. MAGISTRATE JUDGE MICHAEL E. HEGARTY**
**Dated: May 4, 2007**

The Court held a Preliminary Scheduling/Status Conference on May 2, 2007, and the following deadlines were set:

- Discovery Cutoff:  August 3, 2007
- Dispositive and Discovery Motion Deadline:  September 3, 2007
- Add Parties/Amend Pleadings:  June 30, 2007

A Final Pretrial Conference will be scheduled by the District Judge assigned to this case.