IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-EWN-MEH

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

JIM KEITH, BCCF Warden,
KELLY CLODFELTER, Chief of Security BCCF,
J. CUNNINGHAM, Case Manager BCCF, and
SGT. SALIZAR, BCCF Housing Sgt.,

    Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge**

Before the Court is Defendants' Motion to Allow Deposition of Plaintiff Pursuant to Fed.R.Civ.P. 30(a)(2) [Docket #68]. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated in the Colorado State Penitentiary in Canon City, Colorado. Defendants have contacted the Colorado State Penitentiary and have received approval to depose Plaintiff on the date requested.

Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion, and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, Defendants' Motion to Allow Deposition of Plaintiff Edwin Mark Ackerman

Pursuant to Fed. R. Civ. P. 30(a)(2) [Filed July 3, 2007; Docket #68] is **granted**.  The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of the deposition.

Dated at Denver, Colorado this 5th day of July, 2007.

                                      BY THE COURT:


                                      s/ Michael E. Hegarty
                                      Michael E. Hegarty
                                      United States Magistrate Judge