IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-EWN-MEH

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

JIM KEITH, BCCF Warden,
KELLY CLODFELTER, Chief of Security BCCF,
J. CUNNINGHAM, Case Manager BCCF, and
SGT. SALIZAR, BCCF Housing Sgt.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 16, 2007.**

    Defendants' Motion to Withdraw Document [Filed July 12, 2007; Doc #71] is **granted**. Defendants' Motion for Judgment on the Pleadings [filed June 18, 2007; Doc #60], to which no response was issued by Plaintiff, is **terminated**.