IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-EWN-MEH

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

JIM KEITH, BCCF Warden,
KELLY CLODFELTER, Chief of Security BCCF,
J. CUNNINGHAM, Case Manager BCCF, and
SGT. SALIZAR, BCCF Housing Sgt.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 21, 2007.**

    Plaintiff's Motion for Summary Judgment ("Motion") [filed September 19, 2007; doc #91] is **denied as moot**. The Motion is duplicative of the Motion for Summary Judgment filed September 11, 2007 [doc #89].