IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-PAB-MEH

EDWIN MARK ACKERMAN,

      Plaintiff,

v.

JIM KEITH, BCCF Warden,
KELLY CLODFELTER, Chief of Security BCCF,
J. CUNNINGHAM, Case Manager BCCF, and
SGT. SALIZAR, BCCF Housing Sgt.,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2009.**

Pending before the Court are Plaintiff's Motion to Compell [sic] the Defendants to Produce Records as to their Justification for Placing Plaintiff in Segregation [filed December 11, 2009; docket #143], Plaintiff's Motion for Extension of Time [filed December 11, 2009; docket #144], Plaintiff's Motion for Appointment of Counsel [filed December 11, 2009; docket #145], and Plaintiff's Request for Order Granting Depositions and Interrogatories [filed December 11, 2009; docket #146]. All of these motions pertain to Plaintiff's apparent request for discovery at this stage of the litigation. However, the discovery cutoff in this case was August 3, 2007, and the matter is currently pending before Judge Brimmer on this Court's November 13, 2007 recommendation concerning the parties' cross motions for summary judgment. The Plaintiff does not seek to reopen the discovery period nor does he state any reasons why discovery may need to be reopened at this stage of the litigation. Instead, he refers to his inability to take the case to trial without the requested discovery and counsel; however, the Court has not yet ruled on the pending dispositive motions, determining which claims (if any) will proceed to trial. Therefore, the motions are **denied without prejudice**.