IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-PAB-MEH

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

JIM KEITH, BCCF Warden,
KELLY CLODFELTER, Chief of Security BCCF,
J. CUNNINGHAM, Case Manager BCCF, and
SGT. SALIZAR, BCCF Housing Sgt.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2010.**

    Plaintiff's Motion to Show When and How the Defendants Placed the Plaintiff into Segregation [filed January 26, 2010; docket #159] is **denied**. Plaintiff seeks to reopen discovery in this case (the discovery cutoff was August 3, 2007) to take "depositions of the Defendants to seek the justification as to why [Plaintiff] was held in segregation for an extended period of time." Plaintiff states no reason for his inability to seek this information during the discovery period other than that he was not "well versed in the law." The Court finds such reason does not constitute good cause to reopen discovery at this late date. *See Marcin Eng'g, LLC v. Founders at Grizzly Ranch, LLC*, 219 F.R.D. 516, 521 (D. Colo. 2003) (good cause to reopen discovery requires a showing, among other things, that the party seeking the extension was diligent in its discovery efforts yet could not complete discovery by the court-ordered deadline).