IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-PAB-MEH

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

JIM KEITH, BCCF Warden,
KELLY CLODFELTER, Chief of Security BCCF,
J. CUNNINGHAM, Case Manager BCCF, and
SGT. SALIZAR, BCCF Housing Sgt.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2010.**

    Plaintiff's Motion Seeking Clarification [filed April 19, 2010; docket #168] is **granted** in that the Court will provide clarification as to the validity of Judge Brimmer's order that was issued and filed electronically on March 22, 2010. Pursuant to D.C. Colo. LCivR 5.6A, materials may be "filed, signed, and verified by electronic means" in this Court. Therefore, the electronic signature located on the March 22, 2010 order is valid.