IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02384-PAB-MEH

EDWIN MARK ACKERMAN,

      Plaintiff,

v.

JIM KEITH, BCCF Warden,
KELLY CLODFELTER, Chief of Security BCCF,
J. CUNNINGHAM, Case Manager BCCF, and
SGT. SALIZAR, BCCF Housing Sgt.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2016**.

Plaintiff's Motion for Waiver of Fees, Fines, and Costs [filed January 14, 2016: docket #174] is **denied** for failure to demonstrate sufficient cause for the request. Although the Court provided Plaintiff the opportunity to file a reply brief in support of his motion, the Plaintiff failed to do so within the time allotted.

Plaintiff seeks relief from the payment of his filing fee in this case and the unopposed imposition of costs on September 23, 2010 (docket #171). The Court finds the Plaintiff's cited cases are inapposite and his attached account statement demonstrates that, although he has a negative balance in the account, he is still able to purchase items from the Canteen and to pay for copy and postage costs. *See* docket #174 at 3-5. Notably, the withdrawals from his account titled, "Filing Fees" refer to case number "05CV48," which does not appear to reference this case; therefore, there is no indication the imposition of fees in this case is currently "burdening" the Plaintiff.

Pursuant to 28 U.S.C. § 1915, the Court may allow a prisoner proceeding *in forma pauperis* to pay his court filing fees in smaller increments per month in accordance with his ability to pay; however, the prisoner must still pay the filing fee in full. Pursuant to § 1915(c), the Court will pay the costs of printing a record on appeal and preparing a transcript under certain circumstances; however, the Plaintiff does not seek relief from such costs here. The costs imposed in this case appear to be reasonable and proper.

Therefore, for insufficient legal support and cause shown, the motion is denied.